010/R1/04F000

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
▮1037

**Statement Period**
**May 24 - Jun 22, 2021**

ANNMARIE RAMNARINE
310 E 25TH ST APT 3D
BROOKLYN NY                11226-7134

Page 1 of 4

## ACCESS ACCOUNT PACKAGE AS OF JUNE 22, 2021

### Relationship Summary:

| | |
|---|---|
| **Checking** | **$2,340.57** |
| **Savings** | ----- |
| **Investments (not FDIC Insured)** | ----- |
| **Loans** | ----- |

Reminder, we are required by U.S. regulations to provide you with certain information about your international wire request. If we are unable to do so at the time of your request for any reason, we will be unable to process your request. In such case, you will be notified at or soon after the time of your request.

## ACCESS ACCOUNT PACKAGE FEES

| Access Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $10.00 | None |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit or one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## CHECKING ACTIVITY

### Access Account

| ▮1037 | | **Beginning Balance:** | | $2,140.54 |
|---|---|---|---|---|
| | | **Ending Balance:** | | $2,340.57 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 06/02 | Debit PIN Purchase BURLINGTON STORES 1215 BROOKLYN  NYUS05156 | 79.98 | | 2,060.56 |
| 06/16 | Deposit 01:41p #6914 Teller | | 300.00 | |
| 06/16 | Debit PIN Purchase V.I.M. #39  BROOKLYN  NYUS05156 | 19.99 | | 2,340.57 |
| | **Total Subtracted/Added** | 99.97 | 300.00 | |

*All transaction times and dates reflected are based on Eastern Time.*

ANNMARIE RAMNARINE

Account [    ]037          Page 2 of 4
Statement Period - May 24 - Jun 22, 2021

010/R1/04F000

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 888-248-4226 (For Speech and Hearing Impaired Customers Only TTY: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Citibank is an Equal Housing Lender.**



EQUAL HOUSING
LENDER

© 2021 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

ANNMARIE RAMNARINE

Account ▮▮▮▮1037          Page 3 of 4
Statement Period - May 24 - Jun 22, 2021

010/R1/04F000

## TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

| 7. Add deposits or transfers you recorded which are not shown on this statement. | |
|---|---|
| | |
| | |
| 8. Total (6 and 7 above). | |
| 9. Enter Total "Checks and Other Withdrawals Outstanding"(from right). | |
| **BALANCE**   (8 less 9 should equal your checkbook balance). | |

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Sum of check charges on or above if applicable | |
| Total | |

ANNMARIE RAMNARINE

Account ████1037          Page 4 of 4
Statement Period -  May 24 - Jun 22, 2021

010/R1/04F000

**This page has been intentionally left blank.**

010/R1/04F000

Citibank Client Services  000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
1037

ANNMARIE RAMNARINE
310 E 25TH ST APT 3D
BROOKLYN NY                    11226-7134

**Statement Period**
**Jun 23 - Jul 22, 2021**

Page 1 of 4

## ACCESS ACCOUNT PACKAGE AS OF JULY 22, 2021

### Relationship Summary:

| | |
|---|---|
| **Checking** | **$2,249.97** |
| **Savings** | ----- |
| **Investments** (not FDIC Insured) | ----- |
| **Loans** | ----- |

## ACCESS ACCOUNT PACKAGE FEES

| Access Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $10.00 | None |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit or one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## CHECKING ACTIVITY

### Access Account

| 1037 | | **Beginning Balance:** | $2,340.57 |
|---|---|---|---|
| | | **Ending Balance:** | $2,249.97 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 06/28 | Debit Card Purchase 06/23 02:04p #6914 NEW JASMINE BEAUTY S  BROOKLYN    NY 21176 Specialty Retail stores | 26.00 | | 2,314.57 |
| 07/01 | Debit PIN Purchase BURLINGTON STORES 1215 BROOKLYN    NYUS05156 | 16.03 | | 2,298.54 |
| 07/08 | Debit PIN Purchase BURLINGTON STORES 1215 BROOKLYN    NYUS05156 | 48.57 | | 2,249.97 |
| | **Total Subtracted/Added** | **90.60** | **0.00** | |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

ANNMARIE RAMNARINE

Account ▓▓▓▓1037          Page 2 of 4
Statement Period - Jun 23 - Jul 22, 2021

010/R1/04F000

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 888-248-4226<br>(For Speech and Hearing<br>Impaired Customers Only<br>TTY: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

Citibank is an Equal Housing Lender.



EQUAL HOUSING
LENDER

© 2021 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

ANNMARIE RAMNARINE

Account ████ 1037     Page 3 of 4
Statement Period - Jun 23 - Jul 22, 2021

010/R1/04F000

## TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

| Checks and Other Withdrawals Outstanding (Made by you but not yet indicated as paid on your statement) | |
|---|---|
| Number or Date | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| 6. Record Closing Balance here (as shown on statement). | | |
| 7. Add deposits or transfers you recorded which are not shown on this statement. | | |
| | | |
| | | |
| 8. Total (6 and 7 above). | | |
| 9. Enter Total "Checks and Other Withdrawals Outstanding"(from right). | | |
| **BALANCE**    (8 less 9 should equal your checkbook balance). | | |

| Sum of check charges on or above if applicable | |
|---|---|
| | |
| Total | |

ANNMARIE RAMNARINE

Account ████ 1037          Page 4 of 4
Statement Period -  Jun 23 - Jul 22, 2021

010/R1/04F000

**This page has been intentionally left blank.**

010/R1/04F000

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
█████1037

ANNMARIE RAMNARINE
310 E 25TH ST APT 3D
BROOKLYN NY                    11226-7134

**Statement Period
Jul 23 - Aug 22, 2021**

Page 1 of 4

## ACCESS ACCOUNT PACKAGE AS OF AUGUST 22, 2021

### Relationship Summary:

| | |
|---|---|
| **Checking** | **$2,365.02** |
| **Savings** | ----- |
| **Investments (not FDIC Insured)** | ----- |
| **Loans** | ----- |

In the coming weeks, we'll be initiating implementation of automatic linking functionality to link all your eligible Citi Retail Bank and Credit Card accounts to your existing User ID. Once this update takes place, you will be notified with a confirmation email. Linking your accounts to a single User ID will allow you to view your accounts in one convenient location while maintaining the ability to manage certain preferences for each account. As a reminder, for the security of your account(s), please do not share your login credentials with others, including authorized user(s).

## SUGGESTIONS AND RECOMMENDATIONS

Effective immediately, the Funds Availability section of the Marketplace Addendum has been revised to eliminate the longer delay exceptions for Redeposit of Checks Returned Unpaid, the longer delay exception for repeated Overdrafts and the Special Deposit Procedures for checks. To view the notice visit www.citi.com/accountagreementsandnotices and click on Funds Availability at Citibank under Consumer Deposit Account Agreements, Banking Relationship Fact Sheets, and Notices.

## ACCESS ACCOUNT PACKAGE FEES

| Access Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $10.00 | None |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit or one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

ANNMARIE RAMNARINE

Account ▮▮▮1037    Page 2 of 4
Statement Period -  Jul 23 - Aug 22, 2021

010/R1/04F000

## CHECKING ACTIVITY

### Access Account

| | ▮1037 | | Beginning Balance:<br>Ending Balance: | $2,249.97<br>$2,365.02 |
|---|---|---|---|---|
| Date | Description | Amount Subtracted | Amount Added | Balance |
| 07/26 | Debit PIN Purchase<br>BURLINGTON STORES 1215 BROOKLYN    NYUS05156 | 33.98 | | 2,215.99 |
| 08/10 | Deposit 01:55p #6914  Teller | | 200.00 | 2,415.99 |
| 08/12 | Debit PIN Purchase<br>BURLINGTON STORES 1215 BROOKLYN    NYUS05156 | 35.98 | | 2,380.01 |
| 08/18 | Debit PIN Purchase V.I.M. #39        BROOKLYN    NYUS05156 | 14.99 | | 2,365.02 |
| | **Total Subtracted/Added** | **84.95** | **200.00** | |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next*
*business day.*

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 888-248-4226<br>(For Speech and Hearing<br>Impaired Customers Only<br>TTY: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Citibank is an Equal Housing Lender.**



© 2021 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

ANNMARIE RAMNARINE

Account [ ] 1037     Page 3 of 4
Statement Period -  Jul 23 - Aug 22, 2021

010/R1/04F000

**TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES**

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

| Checks and Other Withdrawals Outstanding (Made by you but not yet indicated as paid on your statement) | |
|---|---|
| Number or Date | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| 6. Record Closing Balance here (as shown on statement). | | |
| 7. Add deposits or transfers you recorded which are not shown on this statement. | | |
| | | |
| | | |
| 8. Total (6 and 7 above). | | |
| 9. Enter Total "Checks and Other Withdrawals Outstanding"(from right). | | |
| **BALANCE**     (8 less 9 should equal your checkbook balance). | | |

| Sum of check charges on or above if applicable | |
|---|---|
| Total | |

ANNMARIE RAMNARINE

Account ███████1037          Page 4 of 4          010/R1/04F000
Statement Period -   Jul 23 - Aug 22, 2021

**This page has been intentionally left blank.**

010/R1/04F000

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
▮▮▮▮1037

ANNMARIE RAMNARINE
310 E 25TH ST APT 3D
BROOKLYN NY          11226-7134

**Statement Period**
**Aug 23 - Sep 22, 2021**

Page 1  of  4

## ACCESS ACCOUNT PACKAGE AS OF SEPTEMBER 22, 2021

### Relationship Summary:

| | |
|---|---|
| **Checking** | **$2,208.85** |
| **Savings** | ----- |
| **Investments (not FDIC Insured)** | ----- |
| **Loans** | ----- |

## ACCESS ACCOUNT PACKAGE FEES

| Access Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $10.00 | None |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit or one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## CHECKING ACTIVITY

### Access Account

| ▮▮▮1037 | | **Beginning Balance:** | **$2,365.02** |
|---|---|---|---|
| | | **Ending Balance:** | **$2,208.85** |

| Date | Description | | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|---|
| 09/01 | Debit PIN Purchase<br>BURLINGTON STORES 1215 BROOKLYN | NYUS05156 | 62.97 | | 2,302.05 |
| 09/10 | Debit PIN Purchase<br>BURLINGTON STORES 1215 BROOKLYN | NYUS05156 | 46.98 | | 2,255.07 |
| 09/14 | Debit PIN Purchase<br>BURLINGTON STORES 1215 BROOKLYN | NYUS05156 | 46.22 | | 2,208.85 |
| | **Total Subtracted/Added** | | **156.17** | **0.00** | |

ANNMARIE RAMNARINE

Account [ ]1037      Page 2 of 4
Statement Period - Aug 23 - Sep 22, 2021

010/R1/04F000

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:

Checking

YOU CAN CALL:

888-248-4226
(For Speech and Hearing
Impaired Customers Only
TTY: 800-945-0258)

YOU CAN WRITE:

Citibank Client Services
100 Citibank Drive
San Antonio, TX 78245-9966

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

Citibank is an Equal Housing Lender.



© 2021 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

ANNMARIE RAMNARINE

Account ▆▆▆▆ 1037        Page 3 of 4
Statement Period -  Aug 23 - Sep 22, 2021

010/R1/04F000

**TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES**

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding"(from right).

**BALANCE**    (8 less 9 should equal your checkbook balance).

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Sum of check charges on or above if applicable |  |
| Total |  |

ANNMARIE RAMNARINE

Account ███ 1037                    Page 4 of 4

010/R1/04F000

Statement Period -  Aug 23 - Sep 22, 2021

**This page has been intentionally left blank.**

010/R1/04F000

Citibank Client Services   000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
███████1037

ANNMARIE RAMNARINE
310 E 25TH ST APT 3D
BROOKLYN NY                    11226-7134

**Statement Period
Sep 23 - Oct 24, 2021**

Page 1 of 4

## ACCESS ACCOUNT PACKAGE AS OF OCTOBER 24, 2021

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$2,092.33** |
| **Savings** | ----- |
| **Investments** (not FDIC Insured) | ----- |
| **Loans** | ----- |

We're happy to inform you, the ATM cash withdrawal limit has been increased from $1,000 to $1,500 for clients with a Citi Elevate Account(SM) Package, Citibank® Account Package, Basic Banking Package, Access Account Package, or a Citi Miles Ahead(SM) Banking Package.

Your Retail Bank Consumer Privacy Notice is now available. To view it online, visit citi.com/accountagreementsandnotices and click on Privacy Notice under Consumer Deposit Account Agreements, Banking Relationship Fact Sheets, and Notices.

## SUGGESTIONS AND RECOMMENDATIONS

We're excited to inform you that effective July 18, 2021, the wire transfer fee for consumer clients who wire funds in foreign currency using Citi Online or Citi Mobile is waived.

## ACCESS ACCOUNT PACKAGE FEES

| Access Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $10.00 | None |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit or one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

ANNMARIE RAMNARINE

Account ▓▓▓▓1037     Page 2 of 4
Statement Period - Sep 23 - Oct 24, 2021

010/R1/04F000

## CHECKING ACTIVITY

### Access Account

| ▓▓▓1037 | | | Beginning Balance: | $2,208.85 |
| | | | Ending Balance: | $2,092.33 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 10/07 | Debit PIN Purchase<br>COSTCO WHSE #0318   BROOKLYN   NYUS05153 | 116.52 | | 2,092.33 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 888-248-4226<br>(For Speech and Hearing Impaired Customers Only<br>TTY: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The following special procedures apply to errors or questions about International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013: Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Citibank is an Equal Housing Lender.** 

© 2021 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

ANNMARIE RAMNARINE

Account ▇▇▇▇ 037          Page 3 of 4
Statement Period - Sep 23 - Oct 24, 2021

010/R1/04F000

### TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding"(from right).

**BALANCE**   (8 less 9 should equal your checkbook balance).

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|----------------|--------|
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
| Sum of check charges on or above if applicable |        |
| Total |        |

ANNMARIE RAMNARINE

Account █████ 037          Page 4 of 4
Statement Period -  Sep 23 - Oct 24, 2021

010/R1/04F000

**This page has been intentionally left blank.**

010/R1/04F000

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
▉1037

**Statement Period**
Oct 25 - Nov 22, 2021

ANNMARIE RAMNARINE
310 E 25TH ST APT 3D
BROOKLYN NY                    11226-7134

Page 1  of  4

## ACCESS ACCOUNT PACKAGE AS OF NOVEMBER 22, 2021

### Relationship Summary:

| | |
|---|---|
| **Checking** | **$0.00** |
| **Savings** | ===== |
| **Investments (not FDIC Insured)** | ===== |
| **Loans** | ===== |

## SUGGESTIONS AND RECOMMENDATIONS

Effective November 15, 2021, Citibank reserves the right to restrict an UTMA account once the account reaches the age of termination under state law.  If the custodian refuses or is unable to transfer remaining account funds to the beneficiary at the age o account termination, Citibank may, at any time thereafter and in its sole discretion, block the UTMA account or transfer the funds t the account beneficiary.  Please refer to the Consumer Client Manual for more information.

## ACCESS ACCOUNT PACKAGE FEES

| Access Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $10.00 | None |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit or one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## CHECKING ACTIVITY

### Access Account
▉037

| | **Beginning Balance:** | **$2,092.33** |
|---|---|---|
| | **Ending Balance:** | **$0.00** |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 11/08 | Debit PIN Purchase BURLINGTON STORES 1215 BROOKLYN    NYUS05156 | 10.99 | | 2,081.34 |

ANNMARIE RAMNARINE

Account ███████ 1037          Page 2 of 4
Statement Period - Oct 25 - Nov 22, 2021

010/R1/04F000

## CHECKING ACTIVITY                                                                 Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 11/10 | Transfer to Money Market 03:17p #6914<br>ONLINE          Reference # 001660 | 2,000.00 | | 81.34 |
| 11/12 | Cash Withdrawal 11/12 11:12a Teller | 81.34 | | 0.00 |
| | **Total Subtracted/Added** | **2,092.33** | **0.00** | |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:        YOU CAN CALL:                        YOU CAN WRITE:

Checking                         888-248-4226                         Citibank Client Services
                                 (For Speech and Hearing              100 Citibank Drive
                                 Impaired Customers Only              San Antonio, TX 78245-9966
                                 TTY: 800-945-0258)

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Citibank is an Equal Housing Lender.**



EQUAL HOUSING
LENDER

© 2021 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

ANNMARIE RAMNARINE

Account [   ] 037          Page 3 of 4
Statement Period -  Oct 25 - Nov 22, 2021

010/R1/04F000

**TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES**

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding"(from right).

**BALANCE**    (8 less 9 should equal your checkbook balance).

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Sum of check charges on or above if applicable |  |
| Total |  |

ANNMARIE RAMNARINE

Account ████ 1037          Page 4 of 4          010/R1/04F000
Statement Period -  Oct 25 - Nov 22, 2021

**This page has been intentionally left blank.**

010/R1/04F000

Citibank Client Services   000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
9029

ANNMARIE RAMNARINE
RAJENDRA RAMNARINE
310 E 25TH ST APT 3D
BROOKLYN NY        11226-7134

**Statement Period**
**May 17 - Jun 14, 2021**

Page 1 of 2

## BASIC BANKING PACKAGE AS OF JUNE 14, 2021

**Relationship Summary:**

| | |
|---|---|
| Checking | ----- |
| Savings | $22,401.19 |
| Investments (not FDIC Insured) | ----- |
| Loans | ----- |

Reminder, we are required by U.S. regulations to provide you with certain information about your international wire request. If we are unable to do so at the time of your request for any reason, we will be unable to process your request. In such case, you will be notified at or soon after the time of your request.

## SUGGESTIONS AND RECOMMENDATIONS

Effective immediately, the Special Deposit Procedures described in the Funds Availability at Citibank section of the Marketplace Addendum have been eliminated. Accordingly, this language is deleted in its entirety. Funds from the types of checks described in the section titled Check Deposits Given Special Availability will continue to be available no later than the next Business Day after the Business Day of deposit.

## BASIC BANKING PACKAGE FEES

| Basic Savings Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $4.50 | $4.50(Waived) |
| Fee for non-Citibank ATM transaction | $2.50 | None |

* When not linked to a Regular Checking account, your Day-to-Day Savings Account or money market account balances for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance and, therefore, your monthly service fee. The monthly service fee is waived when the combined average monthly balance in qualifying linked deposit accounts is $500 or more for the previous month.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

ANNMARIE RAMNARINE
RAJENDRA RAMNARINE

Account [     ]9029          Page 2 of 2
Statement Period - May 17 - Jun 14, 2021

010/R1/04F000

## SAVINGS ACTIVITY

### Citibank® Savings Plus

| [    ]9029 | | Beginning Balance: | $21,401.01 |
| | | Ending Balance: | $22,401.19 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 05/19 | Deposit 01:57p #6914 Teller | | 400.00 | 21,801.01 |
| 05/26 | Deposit 01:44p #6914 Teller | | 200.00 | 22,001.01 |
| 06/02 | Deposit 12:51p #6914 Teller | | 400.00 | 22,401.01 |
| 06/14 | Interest for 29 days, Annual Percentage Yield Earned 0.01% | | 0.18 | 22,401.19 |
| | **Total Subtracted/Added** | 0.00 | 1,000.18 | |

*All transaction times and dates reflected are based on Eastern Time.*

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Savings / Money Market | 888-248-4226 (For Speech and Hearing Impaired Customers Only TTY: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

## CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

## IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The following **special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

Citibank is an Equal Housing Lender.



EQUAL HOUSING LENDER

© 2021 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

010/R1/04F000

Citibank Client Services   000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
▊▊▊▊9029

ANNMARIE RAMNARINE
RAJENDRA RAMNARINE
310 E 25TH ST APT 3D
BROOKLYN NY          11226-7134

**Statement Period**
**Jun 15 - Jul 14, 2021**

Page 1 of 2

## BASIC BANKING PACKAGE AS OF JULY 14, 2021

### Relationship Summary:

| | |
|---|---|
| **Checking** | ----- |
| **Savings** | $23,001.38 |
| **Investments (not FDIC Insured)** | ----- |
| **Loans** | ----- |

## BASIC BANKING PACKAGE FEES

| Basic Savings Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $4.50 | $4.50(Waived) |
| Fee for non-Citibank ATM transaction | $2.50 | None |

* When not linked to a Regular Checking account, you r Day-to-Day Savings Account or money market account balances for the calendar month prior to the e nd of the monthly statement period will be used to determine your Aver age Savings Balance and, therefo re, your monthly service fee. The monthly service fee is waived when the combined average monthly bal ance in qualifying linked deposit accounts is $500 or more for the previous  month.

All fees assessed in t his statement period, including n on-Citibank ATM fees, will appear as charges on your next Citibank m onthly statement (to the account t hat is currently debited for your monthly service fee).

Please refer to your  Client Manual-Consumer Account s and Marketplace Addendum booklet for details on how we determine yo ur monthly fees and charges.

## SAVINGS ACTIVITY

### Citibank® Savings Plus

| ▊▊▊▊9029 | | **Beginning Balance:** | **Ending Balance:** | $22,401.19 $23,001.38 |
|---|---|---|---|---|

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 06/23 | Deposit 01:52p #6914 Teller | | 400.00 | 22,801.19 |
| 07/01 | Deposit 01:49p #6914 Teller | | 200.00 | 23,001.19 |
| 07/14 | Interest for 30 days, Annual Percentage Yield Earned 0.01% | | 0.19 | 23,001.38 |
| | **Total Subtracted/Add ed** | 0.00 | 600.19 | |

*All transaction times and dat es reflected are based on Easter n Time.*

ANNMARIE RAMNARINE
RAJENDRA RAMNARINE

Account ████9029        Page 2 of 2        010/R1/04F000
Statement Period - Jun 15 - Jul 14, 2021

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Savings / Money Market | 888-248-4226
(For Speech and Hearing
Impaired Customers Only
TTY: 800-945-0258) | Citibank Client Services
100 Citibank Drive
San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Citibank is an Equal Housing Lender.**


EQUAL HOUSING
LENDER

© 2021 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

010/R1/04F000

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
■■■■■9029

ANNMARIE RAMNARINE
RAJENDRA RAMNARINE
310 E 25TH ST APT 3D
BROOKLYN NY                     11226-7134

**Statement Period**
**Jul 15 - Aug 15, 2021**

Page 1 of 2

## BASIC BANKING PACKAGE AS OF AUGUST 15, 2021

### Relationship Summary:

| | |
|---|---|
| **Checking** | ----- |
| **Savings** | $24,001.59 |
| **Investments** (not FDIC Insured) | ----- |
| **Loans** | ----- |

In the coming weeks, we'll be initiating implementation of automatic linking functionality to link all your eligible Citi Retail Bank and Credit Card accounts to your existing User ID. Once this update takes place, you will be notified with a confirmation email. Linking your accounts to a single User ID will allow you to view your accounts in one convenient location while maintaining the ability to manage certain preferences for each account. As a reminder, for the security of your account(s), please do not share your login credentials with others, including authorized user(s).

## SUGGESTIONS AND RECOMMENDATIONS

Effective immediately, the Funds Availability section of the Marketplace Addendum has been revised to eliminate the longer delay exceptions for Redeposit of Checks Returned Unpaid, the longer delay exception for repeated Overdrafts and the Special Deposit Procedures for checks. To view the notice visit www.citi.com/accountagreementsandnotices and click on Funds Availability at Citibank under Consumer Deposit Account Agreements, Banking Relationship Fact Sheets, and Notices.

## BASIC BANKING PACKAGE FEES

| Basic Savings Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $4.50 | $4.50(Waived) |
| Fee for non-Citibank ATM transaction | $2.50 | None |

* When not linked to a Regular Checking account, your Day-to-Day Savings Account or money market account balances for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance and, therefore, your monthly service fee. The monthly service fee is waived when the combined average monthly balance in qualifying linked deposit accounts is $500 or more for the previous month.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

ANNMARIE RAMNARINE
RAJENDRA RAMNARINE

Account ▮▮▮▮9029          Page 2 of 2
Statement Period - Jul 15 - Aug 15, 2021

010/R1/04F000

## SAVINGS ACTIVITY

### Citibank® Savings Plus

▮▮▮9029

| | | | Beginning Balance: | $23,001.38 |
| | | | Ending Balance: | $24,001.59 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 07/29 | Deposit 01:58p #6914 Teller | | 400.00 | 23,401.38 |
| 08/03 | Deposit 02:13p #6914 Teller | | 430.00 | |
| 08/03 | Cash Withdrawal 08/03 02:14p #6914 Teller | 30.00 | | 23,801.38 |
| 08/10 | Deposit 01:55p #6914 Teller | | 200.00 | 24,001.38 |
| 08/13 | Interest for 32 days, Annual Percentage Yield Earned 0.01% | | 0.21 | 24,001.59 |
| | **Total Subtracted/Added** | **30.00** | **1,030.21** | |

*All transaction times and dates reflected are based on Eastern Time.*

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Savings / Money Market | 888-248-4226<br>(For Speech and Hearing<br>Impaired Customers Only<br>TTY: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Citibank is an Equal Housing Lender.**



EQUAL HOUSING
LENDER

© 2021 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

010/R1/04F000

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
████████9029

ANNMARIE RAMNARINE
RAJENDRA RAMNARINE
310 E 25TH ST APT 3D
BROOKLYN NY            11226-7134

**Statement Period
Aug 16 - Sep 14, 2021**

Page 1 of 2

## BASIC BANKING PACKAGE AS OF SEPTEMBER 14, 2021

### Relationship Summary:

| | |
|---|---|
| **Checking** | ----- |
| **Savings** | **$25,031.79** |
| **Investments (not FDIC Insured)** | ----- |
| **Loans** | ----- |

## SUGGESTIONS AND RECOMMENDATIONS

Please note, rates on variable accounts may change. We may assign the same interest rate to more than one balance range. Interest rates may vary depending on one or more of the following: Residential /Home (not mailing) Address, Rate Region, Account Balance, Account Package Type.

## BASIC BANKING PACKAGE FEES

| Basic Savings Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $4.50 | $4.50(Waived) |
| Fee for non-Citibank ATM transaction | $2.50 | None |

* When not linked to a Regular Checking account, your Day-to-Day Savings Account or money market account balances for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance and, therefore, your monthly service fee. The monthly service fee is waived when the combined average monthly balance in qualifying linked deposit accounts is $500 or more for the previous month.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## SAVINGS ACTIVITY

### Citibank® Savings Plus

████████9029

**Beginning Balance:** $24,001.59
**Ending Balance:** $25,031.79

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 08/18 | Deposit 12:21p #6914 Teller | | 430.00 | 24,431.59 |
| 08/26 | Deposit 02:30p #6914 Teller | | 430.00 | |

ANNMARIE RAMNARINE
RAJENDRA RAMNARINE

Account ▮▮▮9029      Page 2 of 2
Statement Period - Aug 16 - Sep 14, 2021

010/R1/04F000

## SAVINGS ACTIVITY                                                                    Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 08/26 | Cash Withdrawal 08/26 02:30p #6914 Teller | 30.00 | | 24,831.59 |
| 09/10 | Deposit 11:09a #6914 Teller | | 200.00 | 25,031.59 |
| 09/14 | Interest for 30 days, Annual Percentage Yield Earned 0.01% | | 0.20 | 25,031.79 |
| | **Total Subtracted/Added** | **30.00** | **1,060.20** | |

*All transaction times and dates reflected are based on Eastern Time.*

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Savings / Money Market | 888-248-4226 (For Speech and Hearing Impaired Customers Only TTY: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**

If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Citibank is an Equal Housing Lender.**



EQUAL HOUSING LENDER

© 2021 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

010/R1/04F000

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
█████9029

ANNMARIE RAMNARINE
RAJENDRA RAMNARINE
310 E 25TH ST APT 3D
BROOKLYN NY                11226-7134

**Statement Period
Sep 15 - Oct 14, 2021**

Page 1 of 2

## BASIC BANKING PACKAGE AS OF OCTOBER 14, 2021

**Relationship Summary:**

| | |
|---|---|
| **Checking** | ***** |
| **Savings** | **$25,032.00** |
| Investments
(not FDIC Insured) | ***** |
| Loans | ----- |

We're happy to inform you, the ATM cash withdrawal limit has been increased from $1,000 to $1,500 for clients with a Citi Elevate Account(SM) Package, Citibank® Account Package, Basic Banking Package, Access Account Package, or a Citi Miles Ahead(SM) Banking Package.

Your Retail Bank Consumer Privacy Notice is now available. To view it online, visit citi.com/accountagreementsandnotices and click on Privacy Notice under Consumer Deposit Account Agreements, Banking Relationship Fact Sheets, and Notices.

## SUGGESTIONS AND RECOMMENDATIONS

We're excited to inform you that effective July 18, 2021, the wire transfer fee for consumer clients who wire funds in foreign currency using Citi Online or Citi Mobile is waived.

## BASIC BANKING PACKAGE FEES

| Basic Savings Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $4.50 | $4.50(Waived) |
| Fee for non-Citibank ATM transaction | $2.50 | None |

* When not linked to a Regular Checking account, your Day-to-Day Savings Account or money market account balances for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance and, therefore, your monthly service fee. The monthly service fee is waived when the combined average monthly balance in qualifying linked deposit accounts is $500 or more for the previous month.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

ANNMARIE RAMNARINE
RAJENDRA RAMNARINE

Account ▮▮▮▮9029          Page 2 of 2
Statement Period - Sep 15 - Oct 14, 2021

010/R1/04F000

## SAVINGS ACTIVITY

### Citibank® Savings Plus

| ▮▮▮9029 | | **Beginning Balance:** | $25,031.79 |
| | | **Ending Balance:** | $25,032.00 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 10/14 | Interest for 30 days, Annual Percentage Yield Earned 0.01% | | 0.21 | 25,032.00 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Savings / Money Market | 888-248-4226 (For Speech and Hearing Impaired Customers Only TTY: 800-945-0258) | Citibank Client Services 100 Citibank Drive San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

Citibank is an Equal Housing Lender.



EQUAL HOUSING
LENDER

© 2021 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

010/R1/04F000

Citibank Client Services   000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
████████9029

ANNMARIE RAMNARINE
RAJENDRA RAMNARINE
310 E 25TH ST APT 3D
BROOKLYN NY                11226-7134

**Statement Period**
**Oct 15 - Nov 14, 2021**

Page 1 of 4

## BASIC BANKING PACKAGE AS OF NOVEMBER 14, 2021

### Relationship Summary:

| | |
|---|---|
| **Checking** | ----- |
| **Savings** | $0.39 |
| **Investments** (not FDIC Insured) | ----- |
| **Loans** | ----- |

## SUGGESTIONS AND RECOMMENDATIONS

Effective November 15, 2021, Citibank reserves the right to restrict an UTMA account once the account reaches the age of termination under state law. If the custodian refuses or is unable to transfer remaining account funds to the beneficiary at the age o account termination, Citibank may, at any time thereafter and in its sole discretion, block the UTMA account or transfer the funds t the account beneficiary. Please refer to the Consumer Client Manual for more information.

## BASIC BANKING PACKAGE FEES

| Basic Savings Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $4.50 | $4.50(Waived) |
| Fee for non-Citibank ATM transaction | $2.50 | None |

* When not linked to a Regular Checking account, your Day-to-Day Savings Account or money market account balances for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance and, therefore, your monthly service fee. The monthly service fee is waived when the combined average monthly balance in qualifying linked deposit accounts is $500 or more for the previous month.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## SAVINGS ACTIVITY

**Citibank® Savings Plus**
████████9029

**Beginning Balance:**   $25,032.00
**Ending Balance:**           $0.39

ANNMARIE RAMNARINE
RAJENDRA RAMNARINE

Account ▓▓▓▓9029       Page 2 of 4
Statement Period - Oct 15 - Nov 14, 2021

010/R1/04F000

## SAVINGS ACTIVITY                                                                                         Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 11/10 | Transfer From Checking 03:17p #6914<br>ONLINE          Reference # 001680 | | 2,000.00 | |
| 11/10 | Fee for Domestic Funds Transfer ONLINE 077113317211963 1<br>110¹ | 25.00 | | |
| 11/10 | Fee for Domestic Funds Transfer ONLINE 666940578522755 1<br>110¹ | 25.00 | | |
| 11/10 | Outgoing Domestic Wire Transfer ONLINE 077113317211963<br>1110¹ | 4,799.99 | | |
| 11/10 | Outgoing Domestic Wire Transfer ONLINE 666940578522755<br>1110¹ | 21,599.99 | | 582.02 |
| 11/12 | Cash Withdrawal 11/12 11:08a Teller | 582.02 | | |
| 11/12 | Interest for 31 days, Annual Percentage Yield Earned 0.02% | | 0.39 | 0.39 |
| | **Total Subtracted/Added** | **27,032.00** | **2,000.39** | |

*All transaction times and dates reflected are based on Eastern Time.*
*¹ This date reflects the actual date your transaction was credited to your account.*

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---------------------------|---------------|----------------|
| Savings / Money Market | 888-248-4226<br>(For Speech and Hearing<br>Impaired Customers Only<br>TTY: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**

If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The following special procedures apply to errors or questions about **international wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

010/R1/04F000

ANNMARIE RAMNARINE
RAJENDRA RAMNARINE

Account ████ 9029
Statement Period - Oct 15 - Nov 14, 2021

Page 3 of 4

Citibank is an Equal Housing Lender.



EQUAL HOUSING
LENDER

© 2021 Citigroup Inc.   Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

ANNMARIE RAMNARINE
RAJENDRA RAMNARINE

Account ____ 9029          Page 4 of 4
Statement Period -   Oct 15 - Nov 14, 2021

010/R1/04F000

This page has been intentionally left blank.