Case 1:22-cv-06406-NM-RER Document 6 Filed 12/06/22 Page 2 of 2 PageID #: 139
Case 1:22-cv-06406-NRM-JAM Document 8 Filed 12/16/22 Page 1 of 1 PageID #: 140

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-6406

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Citibank, NA

was received by me on *(date)*  12/06/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Bob Sedelmeier, member of the legal department , who is designated by law to accept service of process on behalf of *(name of organization)*  Citibank, NA at 5800 S Corporate Pl, Sioux Falls, SD 57108 on *(date)*  12/06/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  12/06/2022

Server's signature

Eric Hurlburt--Process Server
*Printed name and title*

401 E 8th St, Ste 515MR
Sioux Falls, SD 57104

*Server's address*

Additional information regarding attempted service, etc: