# EXHIBIT C

DocuSign Envelope ID: C9C4D796-D461-480F-8A96-D82ECCB05FEB

DATE: **11/12/2021**   FIMP: **000**   **BASIC ACCOUNT**   citi

ACCOUNT TITLE: **ANNMARIE RAMNARINE**
ADDRESS: **310 E 25TH ST APT. 3D**
**BROOKLYN NY USA 11226**

ACCOUNT NUMBER(S) **CSV** ▓▓▓▓ **5042**

| NAME/SIGNER | CARD |
|---|---|
| **ANNMARIE RAMNARINE** | **YES** |
|  |  |
|  |  |
|  |  |

By signing below, I: (1) confirm I have received and agree to be bound by all Citibank, N.A. terms and conditions applicable to my account(s), including the Client Manual Consumer Accounts, its Marketplace Addendum and/or any applicable loan note(s) or agreement(s), and (2) understand and acknowledge that, if applicable, such note(s)/agreement(s) provide that any dispute between us will be resolved by binding arbitration.

| Signer 1 Signature | Signer 2 Signature |
|---|---|
| DocuSigned by:<br>*Annmarie Ramnar*<br>165C12B2E8A641A... |  |
| Signer 3 Signature | Signer 4 Signature |
|  |  |

---

DATE: **11/12/2021**   FIMP: **000**   **BASIC ACCOUNT**   citi

ACCOUNT TITLE: **ANNMARIE RAMNARINE**

ACCOUNT NUMBER(S): **CSV** ▓▓▓▓ **5042**

| SIGNER 1 NAME<br>(Please sign within the box below.)<br>**ANNMARIE RAMNARINE** | DATE<br>**11/12/2021** | SIGNER 2 NAME<br>(Please sign within the box below.) | DATE<br>**11/12/2021** |
|---|---|---|---|
| DocuSigned by:<br>*Annmarie Ramnar*<br>165C12B2E8A641A... |  |  |  |
| SIGNER 3 NAME<br>(Please sign within the box below.) | DATE<br>**11/12/2021** | SIGNER 4 NAME<br>(Please sign within the box below.) | DATE<br>**11/12/2021** |
|  |  |  |  |

Forward to Signature Verification Unit